Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Oscar Potts

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR POTTS, <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Case No.: CV10-2781 JEM <br><br> {PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: April 29, 2011

*/s/John E. McDermott*
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE